KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

IN RE:                                        CASE NO: BKS-11-27168-ABL
JUAN G GIJON                          CHAPTER 13

PO BOX 371026                       NOTICE OF UNCLAIMED FUNDS
LAS VEGAS, NV  89137

TO:     Clerk, United States Bankruptcy Court

From:  Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | JUAN G GIJON<br>PO BOX 371026<br>LAS VEGAS NV  89137 | $0.00 | $1,691.17 |

Total: $1,691.17

**Kathleen A. Leavitt**

Kathleen A. Leavitt                                    Date: June 07, 2017
Chapter 13 Bankrutpcy Trustee

CC    JUAN G GIJON
         STEFANIE H CLEMENT

NOTE:  Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.